ORDER
PER CURIAM.
A combined petition for panel rehearing and for rehearing en banc was filed by Intervenors, and responses to the petition were invited by the court and filed by Appellants and Appellee. By leave of court, a response to the petition was filed by Hewlett-Packard Co., et al., as amici curiae. The petition for rehearing and responses were considered by the panel that heard the appeal, and thereafter the petition for rehearing en banc and responses were referred to the circuit judges who are in regular active service.
Upon consideration thereof,
It Is Ordered That:
(1) The petition for panel rehearing is denied, and a panel opinion and dissent are attached herewith.
*1297 (2) The petition for rehearing en banc is denied.
(3) The mandate of the court shall issue on January 17, 2013.
Before NEWMAN, MAYER, and BRYSON,** Circuit Judges.